# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE KNIGHT, | 1:15-cv-00340-GSA-HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO DOCKET NOTICE OF THE FILING OF AND REHEARING APPLICATION AS MOTION FOR RECONISDERATION IN 1:14-CV-0088-AWI-JLT |
| v. | |
| ANDRE MATEVOUSIAN, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2241.

On June 11, 2014, Petitioner filed a habeas petition challenging his conviction in this Court in Case No. 1:14-CV-00888-AWI-JLT. On February 2, 2015, in Case No. 1:14-CV-00888-AWI-JLT, District Judge Anthony W. Ishii adopted the findings and recommendation, dismissed the petition, and directed the Clerk of Court to enter judgment and close the case.

On March 4, 2015, Petitioner filed another petition for writ of habeas corpus in this Court, which challenges his prison disciplinary conviction for his February 5, 2014 Rules Violation Report. However, as part of this second petition, Petitioner filed a rehearing application of the Court's January 31, 2015, order denying Petitioner's habeas petition in Case No. 1:14-CV-00888-AWI-JLT, and a memorandum explaining any delay in filing the rehearing

1 application. (ECF No. 1 at 10-11).[1]

2     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to docket Petitioner's Notice of the Filing of and Rehearing Application from the Denial Order Entered on January 31, 2015 and the February 20, 2015, Memorandum from R. Boudreau, which are pages 10-11 of the instant petition, in Case No 14-CV-00488-AWI-JLT.

IT IS SO ORDERED.

    Dated: __**March 10, 2015**__                **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Page numbers refer to the ECF page numbers.