# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE KNIGHT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　Respondent. | Case No. 1:15-cv-00340-GSA-HC<br><br>ORDER REGARDING PETITIONER'S MOTION TO PROVIDE COPY OF PETITION TO PETITIONER<br>(ECF No. 5)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF PETITION AND SECOND ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT ON PETITIONER |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 15, 2015, Petitioner filed a motion seeking a copy of the habeas petition that he filed in this Court in this case. The Court will direct the Clerk of Court to serve a copy of the petition on Petitioner.

Petitioner also requests the status of his habeas petition. As Petitioner correctly states, the instant action is pending before this Court. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. Petitioner is advised that the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest. In Petitioner's case, on March 5, 2015, the Court issued an Order Re Consent or Request for Reassignment that

Petitioner was to complete and return to the Court within thirty days. (ECF No. 2-1). Petitioner has not yet returned this form to the Court. The Court will direct the Clerk of Court to serve a second Order Re Consent or Request for Reassignment on Petitioner.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a copy of the petition is GRANTED; and
2. The Clerk of Court is DIRECTED to serve a copy of Petitioner's petition (ECF No. 1) and a second Order Re Consent or Request for Reassignment on Petitioner.

IT IS SO ORDERED.

Dated:   **April 16, 2015**          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE