# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE KNIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>ANDRE MATEVOUSIAN,<br><br>    Respondent. | Case No. 1:15-cv-00340-AWI-EPG-HC<br><br>ORDER RE: MOTION LETTER<br><br>(ECF No. 34) |

    Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 30, 3016, the Court ordered Respondent to file a brief and additional materials to further develop the record with respect to Petitioner's claim that the DHO spoke with the inmate witnesses only after the DHO had already found Petitioner guilty and imposed sanctions. (ECF No. 29). Respondent filed a response and supplemental declaration on April 27, 2016. (ECF Nos. 32, 33).

    On June 6, 2016, the Court received the instant motion wherein Petitioner states that as of June 1, 2016, he has not received Respondent's response to the Court's March 30th order. (ECF No. 34). Although Respondent had previously served the response and supplemental declaration on Petitioner, (ECF No. 32 at 7), it is clear that Petitioner has not received said documents.

    Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of this order, Respondent SHALL RE-SERVE the

response (ECF No. 32) and supplemental declaration (ECF No. 33) on Petitioner and file a certificate of service with the Court; and

2. Within thirty (30) days of the date of service of Respondent's response and supplemental declaration, Petitioner SHALL FILE a brief and any additional materials to further develop the record.

IT IS SO ORDERED.

Dated: **June 9, 2016**         /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

2