1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| WADE KNIGHT, | Case No. 1:15-cv-00340-AWI-EPG-HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |
| v. | |
| ANDRE MATEVOUSIAN, | |
| Respondent. | |

17       Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2241. On June 10, 2016, this Court ordered that within seven days

19 Respondent was to re-serve Respondent's response and supplemental declaration (ECF Nos. 32,

20 33) on Petitioner and to file a certificate of service with the Court. (ECF No. 35). Over seven

21 days have passed and Respondent has failed to file a certificate of service with the Court.

22       Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

23 Rules or with any order of the Court may be grounds for imposition by the Court of any and all

24 sanctions authorized by statute or Rule or within the inherent power of the Court."

25 ///

26 ///

27 ///

28 ///

1

1    Accordingly, it is HEREBY ORDERED that Respondent is ordered to show cause why

2  appropriate sanctions should not be imposed for failing to obey a court order within FOURTEEN

3  (14) days of the date of service of this order.

4

5  IT IS SO ORDERED.

6    Dated:   **June 29, 2016**                    /s/ _Erica P. Grosjean_

7                                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28