# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE KNIGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　　Respondent. | Case No. 1:15-cv-00340-AWI-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 36) |

On June 10, 2016, this Court had ordered that within seven days Respondent was to re-serve certain documents on Petitioner and to file a certificate of service with the Court. (ECF No. 35). Respondent failed to comply with the Court's order within the allotted time period. Therefore, on June 30, 2016, the Court issued an order to show cause why sanctions should not be imposed for failing to obey a court order. (ECF No. 36). On July 5, 2016, Respondent filed a certificate of service indicating that Petitioner was served the documents. (ECF No. 38). On July 8, 2016, the United States Attorney's Office filed a response indicating that previous counsel had departed without new counsel being assigned and thus, no counsel for Respondent received notice of the Court's June 10, 2016 order. (ECF No. 41 at 2). Counsel further states that "the administrative and transition errors that occurred internally and led to this series of events have been examined and are being remediated on an ongoing basis" and assures the Court that "these failures . . . will not be repeated again." (Id. at 3).

In light of Respondent's compliance with the Court's June 10, 2016 order, IT IS HEREBY ORDERED that the order to show cause issued on June 30, 2016, IS DISCHARGED.

IT IS SO ORDERED.

Dated: __August 18, 2016__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2